# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO RAMIREZ,<br><br>　　　　Petitioner,<br>　　vs.<br>ROBERT J. HERNANDEZ, Warden,<br><br>　　　　Respondent. | Case No. CV 11-411 JVS (MRW)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATE: August 26, 2011　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. JAMES V. SELNA
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE